Anant Kumar Tripati
102081 P.O Box 5000
Florence, AZ 85132

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
FEB 13 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

| Anant Kumar Tripati | CIV 18-0066 RM |
|---|---|
| Plaintiff, | |
| vs. | Motion to insert names omitted in error in Counts 1, 3, 7 and leave to exceed by 2 pages and a procedural order declaration |
| Corizon Inc., et al., | |
| Defendants | |

Motion To Insert

Plaintiff in Paragraph 4 clarifies that Grafton, Johnson with approval of Robertson and Morrison discontinued Prednisone ☐ and in Paragraph 20, 19 clarifies that Haw, Rons, Armenta and Crabtree approved the transfer and that Burensa, Glenn, Dossett, Smith

-1-

Whitson, Robertson, Morrissey, Dossett, Pacheco, Glynn, Burciaga, Grayson, Ann Chris Johnson, though they had the duty to, refused to order I be moved back to where I can be treated after I contacted them [Doc 41 pp live 19 to 20, 24-25 points these Defects.]

The omission outlined in Doc 41 FN 11 is clarified in Para 63 Ann that Dossett, Glynn, Erwin approved this in 64.

I clarify that Curran, Erwin, Glynn advised me that my privileged communication from my solicitors should be opened - (Para 65)

As a direct consequence of

-2-

this I have had to give up my Request for a Treaty Transfer As I cannot Communicate in Confidence (Para 65) [This Cures the Defects in Doc 41 Page 2 line 12 to 25)

I Also Clarify Ryan is the Chairperson and Pursuant to his authority in ARS 41-1604 he adopted the Public Records Policy As Inmates Do not get Copies But only View Records, the policy provides for no fees. [Para 97]

Request to Exceed

Plaintiff Asks he be allowed

-3-

to exceed the page limits by 2.

### REQUEST FOR A PROCEDURAL ORDER

① I ask for a procedural order DIAMONTINEY v. BORG, 918 F.2d 793 (9th Cir 1990) that ADOC provide me copies and send out legal mail in the manner provided for in ADOC Policy 902.06.1.1 and send out mail in accordance with 902.11.1.4.3 (DCC A41)

This is because Ryan has instructed this is not to be done and staff are refusing to (see attached grievance and mail rejection)

② Plaintiff has all his research (see also CIV 19 227 JJT (BSB)

-4-

And Relevant documents on CD's. For his criminal case And Regarding this case D.O- 902.10.1.8 Plaintiff Has Access And use of A computer (see attachment). CO IV Diane Bohuszewicz has advised me I need A Court order. (see at 2)

As of February 1, 2019 she has advised me that absent a Court order, I will not be able to have use of the computer for more then 30 minutes a day which will adversely affect me.

*[signature]*

- 5 -