# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati,<br><br>    Plaintiff,<br><br>v.<br><br>Corizon Incorporated, et al.,<br><br>    Defendants. | **NO. CV-18-00066-TUC-RM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 26, 2021, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                                    Debra D. Lucas
                                                    District Court Executive/Clerk of Court

March 26, 2021

                                                    s/ D. Curiel
                                            By      Deputy Clerk