FILED

MAY 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANANT KUMAR TRIPATI, | No. 21-15902 |
| Plaintiff-Appellant, | D.C. No. 4:18-cv-00066-RM<br>District of Arizona,<br>Tucson |
| v. | |
| CORIZON INCORPORATED; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| ARIZONA BOARD OF NURSING;<br>ARIZONA MEDICAL BOARD, | |
| Movants-Appellees. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court has received the suggestion of bankruptcy and notice of automatic stay filed at Docket Entry No. 58. Appellate proceedings are stayed for Corizon Health, Inc. only, due to the automatic stay imposed by 11 U.S.C. § 362. *See Cohen v. Stratosphere Corp.*, 115 F.3d 695, 697 (9th Cir. 1997).

On or before June 20, 2023, Corizon Health, Inc. must file a status report concerning the bankruptcy proceeding. The status report should include: the court and case number of the bankruptcy proceeding; whether any party to this appeal has sought relief from the automatic stay; and the projected termination date of the

OSA145

automatic stay, if known.

This appeal will proceed as to the remaining parties.

Appellant's motions to transfer and to file the district court's decision on indicative ruling (Docket Entry Nos. 59, 60) are denied.

Appellant's motion for an extension of time to file the reply brief (Docket Entry No. 55) is granted. The reply brief has been filed.

Briefing is complete.