UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ANANT KUMAR TRIPATI,

        Plaintiff - Appellant,

  v.

CORIZON INCORPORATED; et al.,

        Defendants - Appellees,

  v.

ARIZONA BOARD OF NURSING and
ARIZONA MEDICAL BOARD,

        Movants - Appellees.

No. 21-15902

D.C. No. 4:18-cv-00066-RM
U.S. District Court for Arizona,
Tucson

**MANDATE**

---

The judgment of this Court, entered August 23, 2023, takes effect this date.

This constitutes the formal mandate of this Court for all parties except

Appellee Corizon Incorporated, issued pursuant to Rule 41(a) of the Federal Rules

of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT