FILED

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANANT KUMAR TRIPATI, | No. 21-15902 |
| Plaintiff-Appellant, | D.C. No. 4:18-cv-00066-RM<br>District of Arizona,<br>Tucson |
| v. | |
| CORIZON INCORPORATED; GLEN BABICH, Provider East Unit; CHARLES L. RYAN; GEORGE OSLER, Mailroom Officer Florence; DANIEL MORENO, Mailroom Officer Florence; JOSE RAMOS, Mailroom Officer Florence; GLENN SCHLETTER, Mailroom Officer Florence; DAVID SHINN, Director; EDWARD SHUMAN, Deputy Warden; DIANE BOHUSZEWICZ, Florence Employee; ZEBARIAH YOUNG, Florence Employee; CENTURION OF ARIZONA LLC, | ORDER |
| Defendants-Appellees, | |
| v. | |
| ARIZONA BOARD OF NURSING; ARIZONA MEDICAL BOARD, | |
| Movants-Appellees. | |

Before: O'SCANNLAIN, KLEINFELD, and SILVERMAN, Circuit Judges.

Appellant's Motion to Recall the Mandate (Dkt. Entry No. 66) is GRANTED. The Clerk of Court shall recall the mandate and send a copy of the Memorandum Disposition to Appellant. The deadline to file a petition for rehearing is extended to October 20, 2023.