| | |
|---|---|
| 1 | KRISTIN K. MAYES |
| 2 | Attorney General |
| 3 | Alexis Egolf, No. 034556 |
| 4 | Assistant Attorneys General |
| | 2005 N. Central Avenue |
| 5 | Phoenix, Arizona  85004-1592 |
| 6 | Telephone:    (602) 542-7605 |
| | Fax:             (602) 542-7670 |
| 7 | Alexis.Egolf@azag.gov |
| 8 | *Attorneys for State Defendants* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Anant Kumar Tripati, | No:  CV-18-00066-TUC-RM |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN GOVERNMENTAL AGENCY** |
| Corizon Incorporated, et al., | |
| Defendants. | |

Notice is hereby given that effective immediately, Assistant Attorney General, Alexis Egolf is substituted in place of Patrick J. Boyle as counsel of record for State Defendants. Patrick J. Boyle should be removed from all communications and electronic filings. All future communications and electronic filings in this matter should be directed to Alexis Egolf at the contact information listed above.

. . .

. . .

. . .

. . .

. . .

. . .

1

RESPECTFULLY SUBMITTED this 2nd day of October, 2023.

>KRISTIN K. MAYES
>Attorney General
>
>/s/ *Alexis Egolf*
>Alexis Egolf
>Assistant Attorneys General
>*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF System.

I also certify that on the same date, the foregoing document and Notice of Electronic Filing was served by mail to the following, who is not a registered participant of the CM/ECF System:

Anant Tripati, ADC #102081
ASPC Yuma – Cibola Unit
P.O. Box 8909
Yuma, Arizona 85349
*Plaintiff pro se*

*/s/ L. Crudup*
AGO Legal Secretary
HDM# 11130476 | LMS19-0102