UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANANT KUMAR TRIPATI,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>CORIZON INCORPORATED; et al.,<br><br>   Defendants - Appellees,<br><br> v.<br><br>ARIZONA BOARD OF NURSING and ARIZONA MEDICAL BOARD,<br><br>   Movants - Appellees. | No. 21-15902<br><br>D.C. No. 4:18-cv-00066-RM<br>U.S. District Court for Arizona, Tucson<br><br>**MANDATE** |

The judgment of this Court, entered August 23, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

              FOR THE COURT:

              MOLLY C. DWYER
              CLERK OF COURT